1  David Seror
   Email: serortrustee@ecjlaw.com
2  9401 Wilshire Blvd. 9th Floor
   Beverly Hills, CA 90212-2974
3  Telephone (310) 281-6361
   Facsimile (310) 887-6801
4  Chapter 7 Trustee

FILED
DEC 1 5 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SAN FERNANDO VALLEY DIVISION

In re

DDM BUILDERS INC

Debtor.

Case No. 1:05-bk-50080-MT

Chapter 7

**NOTICE OF UNCLAIMED DIVIDENDS (UNDER F.R.B.P. 3011)**

David Seror, the trustee of this bankruptcy estate submits this Notice of Unclaimed Dividends (Under F.R.B.P. 3011). Trustee hereby provides notice that after a distribution of funds in the above-captioned case one or more dividend payment(s) have been unclaimed and the unclaimed funds have been remitted to the Court in accordance with F.R.B.P. 3011. Attached hereto is the Notice of Unclaimed Dividends (Under F.R.B.P. 3011) indicating the name, address, corresponding claim number and amount of each unclaimed dividend.

Dated: December 14, 2010

_____
DAVID SEROR
Chapter 7 Trustee

Case No. 1:05-bk-50080-MT
DDM BUILDERS INC
**NOTICE OF UNCLAIMED DIVIDENDS (UNDER F.R.B.P. 3011)**

| Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| 3 | WASHINGTON MUTUAL RISK CONTAINMENT 990 S. SECOND ST COOS BAY OR 97420 | $36,708.11 | $29,807.37 |
| | *Total Unclaimed Dividends:* | | $29,807.37 |

David Seror
Email: serortrustee@ecjlaw.com
9401 Wilshire Blvd. 9th Floor
Beverly Hills, CA 90212-2974
Telephone (310) 281-6361
Facsimile (310) 887-6801
Chapter 7 Trustee